IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Natalie Johnson (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Wisconsin

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Wisconsin

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Wisconsin

LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614

7. District Court and Division in which venue would be proper absent direct filing:

   <u>U.S. District Court – Western District of Wisconsin (Madison) division</u>

8. Defendants (check Defendants against whom Complaint is made):
   - ☒ C.R. Bard Inc.
   - ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:
   - ☒ Diversity of Citizenship
   - ☐ Other: _____
   - ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):
    - ☐ Recovery® Vena Cava Filter
    - ☐ G2® Vena Cava Filter
    - ☐ G2® Express (G2® X) Vena Cava Filter
    - ☐ Eclipse® Vena Cava Filter
    - ☒ Meridian® Vena Cava Filter
    - ☐ Denali® Vena Cava Filter
    - ☐ Other: _____

11. Date of implantation as to each product:

    <u>08/06/13</u>

12. Counts in the Master Complaint brought by Plaintiff(s):
    - ☒ Count I: Strict Products Liability – Manufacturing Defect

– 2 –

☒ Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III:   Strict Products Liability – Design Defect

☒ Count IV:    Negligence - Design

☒ Count V:     Negligence - Manufacture

☐ Count VI:    Negligence – Failure to Recall/Retrofit

☒ Count VII:   Negligence – Failure to Warn

☒ Count VIII:  Negligent Misrepresentation

☒ Count IX:    Negligence *Per Se*

☒ Count X:     Breach of Express Warranty

☒ Count XI:    Breach of Implied Warranty

☒ Count XII:   Fraudulent Misrepresentation

☒ Count XIII:  Fraudulent Concealment

☐ Count XIV:   Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:    Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII:  Survival

☒ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

13.   Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 12 th day of February, 2019.

**LAW OFFICES OF BEN C. MARTIN**

By:  */s/ Ben C. Martin*
     Ben C. Martin (TX I.D. No. 13052400)
     bmartin@bencmartin.com
     Thomas Wm. Arbon (TX I.D. No. 01284275)
     tarbon@bencmartin.com
     3710 Rawlins Street, Suite 1230
     Dallas, TX  75219
     Telephone: 214.761.6614
     Facsimile: 214.744.7590

     ***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/ Ben C. Martin
Ben C. Martin