IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATALIE JOHNSON,

|  |  |  |
|---|---|---|
| | Plaintiff, | ORDER |
| v. | | |
| | | 19-cv-760-wmc |
| C.R. BARD INC. and BARD PERIPHERAL VASCULAR INC., | | |
| | Defendants. | |

---

Before the court is the parties' request for ruling on objections to certain deposition

designations as to Krishna Kandarpa.

| DEPON-ENT | PL AFFIRM | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | | Defendants object to the playing of Dr. Kandarpa's deposition under Rules 401, 402 and 403. Also, Plaintiff lists Dr. Kandarpa as a non-retained expert on her witness list, but he was not identified as such in her expert disclosures. Dr. Kandarpa had no involvement with the filter at issue and no involvement with any Bard filters except to ask a monitor for a clincal study performed on | | OVERRULED |

1

| | | | | |
|---|---|---|---|---|
| | | the Bard G2 filter over 5 years before the Meridian filter was developed at Bard. As such his testimony has no relevance and serves no purpose except to prejudice the jury. Bard objects to Plaintiff's references to "Admitted in the Peterson case" as a basis for allowing a designation to played, or overruling an objection, and submits that the testimony should be consider based on the facts and applicable law and rulings in this case. The Peterson case involved a different filter, different claims, and was decided under different state law. | | |
| Kandarpa, Krishna 07/19/2018 | 10:04-10:15 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 24:01-26:24 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 27:04-29:14 | | Admitted in Peterson | |

| Kandarpa, Krishna 07/19/2018 | 32:12-32:15 | Leading | Admitted in Peterson The question is not leading. | OVERRULED |
| --- | --- | --- | --- | --- |
| Kandarpa, Krishna 07/19/2018 | 32:21-33:10 | Leading | Admitted in Peterson The question is not leading. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 33:12-33:16 | Answer to leading question | Admitted in Peterson The question is not leading. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 34:11-34:16 | Rule 701 – expert opinions. This witness was not disclosed as an expert witness. | Admitted in Peterson. he is the medical monitor and this is basic background on what he did. It is relevant information. The study in question is the Everest study cited by Bard in the IFU for the Meridian filter. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. The witness is testifying based upon his experience as the medical montor for the Everest study.The scope and extent of this testimony | OVERRULED |

| Kandarpa, Krishna 07/19/2018 | 35:06-35:13 | Rule 701 – expert opinions. This witness was not disclosed as an expert witness. | Admitted in Peterson. he is the medical monitor and this is basic background on what he did. It is relevant information. The study in question is the Everest study cited by Bard in the IFU for the Meridian filter. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. The witness is testifying based upon his experience as the medical montor for the Everest study. | OVERRULED |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 52:05-53:02 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 56:13-56:17 | leading | Admitted in Peterson The question is not leading | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 56:19-57:01 | Answer to a leading question | Admitted in Peterson The question is not leading | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 57:06-57:22 | | Admitted in Peterson | |

| Kandarpa, Krishna 07/19/2018 | 58:07-59:01 | | Admitted in Peterson | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 63:01-63:04 | Rules 401, 402 & 403 - Irrelevant and Unfairly Prejudicial. Testimony purports to address Bard's state of mind. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to 63:1-4 and 63:6-10; MDL court sustained objection in 9.12.18 order [Dkt. No. 12590]) | Admitted in Peterson This is relevant as Bard sponsored a study of its G2 (essentially the same design as the Meridian and G2X) and had control over the parameters of the study. It did not look at safety or efficacy, not did it seek to confirm or refute the significant problems with the G2 filter designs. Bard later relied upon the study in determining the nature and extent of its product warnings. Bard cites to this study as clinical evidence supporting the use of the Meridian filter in its IFU. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 63:06-63:24 | Rules 401, 402 & 403 - Irrelevant and Unfairly Prejudicial. Testimony purports to address Bard's state of mind. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to 63:1-4 and 63:6-10; | Admitted in Peterson This is relevant as Bard sponsored a study of its G2 (essentially the same design as the Meridian and G2X) and had control over the parameters of the study. It did | OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | MDL court sustained objection in 9.12.18 order [Dkt. No. 12590]) | not lok at safety or efficacy, not did it seek to confirm or refute the significant problems with the G2 filter designs. Bard later relied upon the study in determining the nature and extent of its product warnings. Bard cites to this study as clinical evidence supporting the use of the Meridian filter in its IFU. | |
| Kandarpa, Krishna 07/19/2018 | 67:17-67:21 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 67:24-68:03 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 68:20-69:16 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 71:18-74:03 | Rules 401, 402, 403. Testimony regarding Sales/Marketing of the G2 Filter does not relate to the claims or causes of action at issue in the case; Irrelevant and any probative value outweighed by prejudicial effect. 73:23 – 74:03 – Rule 701 – witness was not disclosed as | Admitted in Peterson Again, the Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design | OVERRULED |

| | | an expert – improper opinion testimony by a non-disclosed expert | defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. Bard cites to this study as clinical evidence supporting the use of the Meridian filter in its IFU and used it in its marketing. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 74:06-74:08 | Rules 401, 402, 403. Testimony regarding Sales/Marketing of the G2 Filter does not relate to the claims or causes of action at issue in the case; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402, and 403 – testimony concerns what physician would have wanted to know / would expect a manufacturer to tell him/her. Rules 601/602 & 612. Lacks foundation, witness does not | Admitted in Peterson Again, the Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledg of the subject matter. Bard cites to this | OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | have personal knowledge of subject matter, calls for speculation by the witness. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to 74:10-14; MDL court sustained objection in 9.12.18 order [Dkt. No. 12590]) | study as clinical evidence supporting the use of the Meridian filter in its IFU and used it in its marketing. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | |
| Kandarpa, Krishna 07/19/2018 | 76:19-77:08 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and 82:22-24; witness is being ask to lay foundation for document not created by him). Page 78:24 leading. Page 80:2-4 and 12-14 leading. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. The question is merely foundational and is only used as necessary to develop the witness' testimony per FRE 611. | OVERRULED |

| Kandarpa, Krishna 07/19/2018 | 77:12-79:08 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and 82:22-24; witness is being ask to lay foundation for document not created by him). Page 78:24 leading. Page 80:2-4 and 12-14 leading. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. The question is merely foundational and is only used as necessary to develop the witness' testimony per FRE 611. | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 79:21-79:23 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and 82:22-24; witness is being ask to lay foundation for document not created by him). Page 78:24 leading. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and | **RESERVED** |

| | | Page 80:2-4 and 12-14 leading. | defective warnings. The testimony of the witness establishes his knowledg of the subject matter. The question is merely foundational and is only used as necessary to develop the witness' testimony per FRE 611. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 80:02-80:21 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and 82:22-24; witness is being ask to lay foundation for document not created by him). Page 78:24 leading. Page 80:2-4 and 12-14 leading. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledg of the subject matter. | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 81:07-81:19 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's | **RESERVED** |

| | | | | |
|---|---|---|---|---|
| | | 82:22-24; witness is being ask to lay foundation for document not created by him). Rules 106, 403 -- Plaintiffs' counsel / questioner used improper/incomplete exhibit. (as to 81:24-82:24) | knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | |
| Kandarpa, Krishna 07/19/2018 | 81:21-81:24 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (as to 77:22-78:6 and 82:22-24; witness is being ask to lay foundation for document not created by him). Rules 106, 403 -- Plaintiffs' counsel / questioner used improper/incomplete exhibit. | Admitted in Peterson The Meridian was nearly identical in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 91:17-92:13 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. | Admitted in Peterson The Meridian was nearly identical in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and | **RESERVED** |

| | | | reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 108:10-108:12 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 109:04-109:05 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 109:15-109:16 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 119:10-119:15 | Rule 701 – calls for expert testimony by a lay witness. This witness was not disclosed as an expert | Admitted in Peterson. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 119:17-119:21 | Rule 701 – calls for expert testimony by a lay witness. This witness was not disclosed as an expert | Admitted in Peterson. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 120:12-120:17 | | Admitted in Peterson | |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 120:21-123:04 | Rule 611(c) Leading question of witness on direct. (as to question at 123:3-4) | Admitted in Peterson question to develop testimony | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 123:06-123:12 | Rule 611(c) Leading question of witness on direct. (all questions are leading) | Admitted in Peterson same as above | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 123:14-123:20 | Rule 611(c) Leading question of witness on direct. (all questions are leading) | Admitted in Peterson same as above | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 123:22-124:01 | Rule 611(c) Leading question of witness on direct. (all questions are leading) | Admitted in Peterson same as above | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 124:04-124:07 | Rule 611(c) Leading question of witness on direct. | Admitted inPeterson same as above | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 124:09-124:10 | Rule 611(c) Leading question of witness on direct. (as to answer at 124:9) | Admitted inPeterson question to develop testimony | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 125:01-125:04 | No foundation. Rule 701. Testimony is improper opinion testimony by a lay witness. | Admitted in Peterson The Meridian was nearly identical in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design | OVERRULED |

| | | | defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 125:07-125:18 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 125:20-126:02 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to question at 126:1-4; 9 MDL court sustained objection in 9.12.18 order [Dkt. No. 12590]) Rules 401, 402 & 403. Irrelevant and Unfairly Prejudicial. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 126:14-126:20 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by | OVERRULED |

| | | calls for speculation by the witness. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to answer at 126:6-15; MDL court sustained objection in 9.12.18 order [Dkt. No. 12590]) Rules 401, 402 & 403. Irrelevant and Unfairly Prejudicial. Testimony does not address filter, injury, or failure mode at issue. | the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 128:15-129:15 | Rules 401, 402, and 403 – testimony concerns what physician would have wanted to know / would expect a manufacturer to tell him/her. Rules 401, 402 & 403. Irrelevant and Unfairly Prejudicial. Testimony does not address filter, injury, or failure mode at issue. Rule 701. Testimony is improper opinion testimony by a lay witness. Page 129:11-15 is a question with no answer. Counsel is testifying. | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | OVERRULED |

15

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 134:05-134:09 | Leading | Admitted in Peterson The question is not leading | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 134:11-135:10 | 134:11-18 answer to a leading question and hearsay. 135:2-10 – cumulative and leading. | Admitted in Peterson The question preceeding 134:11-18 is not leading. The question at 135:2-10 in used to develop the witnesses testimony per FRE 611 and is not needlessly presenting cumulative testimony. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 135:12-136:11 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (question and answer at 136:4-11 and 136:13-18 ask witness to speculate) | Admitted in Peterson The Meridian was nearly identical in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | OVERRULED |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 136:13-137:15 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. (question and answer at 136:4-11 and 136:13-18 ask witness to speculate). Rules 401, 402 & 403. Irrelevant and Unfairly Prejudicial. Testimony does not address filter, injury, or failure mode at issue. 136:20- 137:8 cumulative. 137:9-15 leading | Admitted in Peterson The Meridian was nearly identicle in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 137:17-137:23 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 138:02 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 138:04-138:09 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 140:18-140:19 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 201:05-201:10 | Rule 611(c) Leading question of witness on re-direct. Rule 701. Testimony is improper opinion | The witness is stating facts within his knowledge as the medical moniter. | SUSTAIN |

17

| | | testimony by a lay witness. | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 201:12-202:03 | Rule 611(c) Leading question of witness on re-direct. Rule 701. Testimony is improper opinion testimony by a lay witness. | The witness is stating facts within his knowledge as the medical moniter. | SUSTAIN |
| Kandarpa, Krishna 07/19/2018 | 205:20-207:13 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 208:02-208:24 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 209:03-211:07 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 211:09-212:18 | Rules 106, 403. Plaintiffs' counsel / questioner used improper/incomplete exhibit. (as to 212:19-213:08) | Admitted in Peterson | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 221:15-221:24 | No question designated | Plaintiff will withdraw. | |
| Kandarpa, Krishna 07/19/2018 | 222:03-222:03 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 222:05-222:08 | | Admitted in Peterson | |
| Kandarpa, Krishna 07/19/2018 | 222:09-223:13 | 223:07-13 - Leading | Admitted in Peterson | SUSTAIN AS TO 223:7-224:1 ONLY |

| Kandarpa, Krishna 07/19/2018 | 223:15-226:19 | Rules 601/602 & 612. Lacks foundation, witness does not have personal knowledge of subject matter, calls for speculation by the witness. Rule 701. Testimony is improper opinion testimony by a lay witness. (as to 221:15-222:13 and 223:2-13; doctor is being asked about internal Bard document that he has not seen before and is outside scope of his role as medical monitor). Rules 401, 402 & 403. Irrelevant and Unfairly Prejudicial. Testimony does not address filter, injury, or failure mode at issue. | Admitted in Peterson The Meridian was nearly identical in design to the filters being discussed by the witness. The failures of the filter line and Bard's knowledge of and reaction to such failures of all G2 devices is relevant to the design defects and defective warnings. The testimony of the witness establishes his knowledge of the subject matter. The scope and extent of this testimony was disclosed in the Plainitff's witness list [ECF No. 107]. | |
| Kandarpa, Krishna 07/19/2018 | 232:10-232:14 | | Admitted in Peterson | |
| | | | | |
| **DEPON-ENT** | **DEF COUNTER** | **PL OBJECTIONS** | **DEF RESPONSE TO OBJECTIONS** | **COURT RULING** |
| Kandarpa, Krishna 07/19/2018 | 141:08-141:13 | | | |
| Kandarpa, Krishna 07/19/2018 | 141:18-141:21 | | | |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 142:06-142:18 | | | |
| Kandarpa, Krishna 07/19/2018 | 143:05-143:20 | | | |
| Kandarpa, Krishna 07/19/2018 | 144:01-144:03 | | | |
| Kandarpa, Krishna 07/19/2018 | 144:06-144:12 | | | |
| Kandarpa, Krishna 07/19/2018 | 144:18-144:23 | | | |
| Kandarpa, Krishna 07/19/2018 | 145:07-145:14 | | | |
| Kandarpa, Krishna 07/19/2018 | 146:01-146:17 | | | |
| Kandarpa, Krishna 07/19/2018 | 149:02-149:08 | | | |
| Kandarpa, Krishna 07/19/2018 | 149:19-150:02 | | | |
| Kandarpa, Krishna 07/19/2018 | 150:06-152:01 | | | |
| Kandarpa, Krishna 07/19/2018 | 152:08-152:14 | | | |
| Kandarpa, Krishna 07/19/2018 | 153:03-153:04 | FRE 402 | | OVERRULED |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 153:08-153:10 | FRE 402 | | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 153:19-153:23 | FRE 402 | | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 155:23-155:24 | | | |
| Kandarpa, Krishna 07/19/2018 | 156:08-157:08 | | | |
| Kandarpa, Krishna 07/19/2018 | 157:11-157:16 | | | |
| Kandarpa, Krishna 07/19/2018 | 157:19-158:03 ending with …there's ambiguity. | | | |
| Kandarpa, Krishna 07/19/2018 | 158:08-159:01 | | | |
| Kandarpa, Krishna 07/19/2018 | 159:04-159:11 | Assumes facts not in evidence;calls for speculation | Witness is asked about his own personal recollection of the document. Does not assume any facts, and calls for nothing other than witness's personal recollection and knowledge. | **RESERVED** |
| Kandarpa, Krishna 07/19/2018 | 160:04-160:12 | | | |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 160:15-161:01 | | | |
| Kandarpa, Krishna 07/19/2018 | 161:05-161:06 | | | |
| Kandarpa, Krishna 07/19/2018 | 161:20-161:23 ending with Probably not. | | | |
| Kandarpa, Krishna 07/19/2018 | 162:02 | | | |
| Kandarpa, Krishna 07/19/2018 | 162:04-162:06 ending with No, I did not. | | | |
| Kandarpa, Krishna 07/19/2018 | 162:07-162:18 | | | |
| Kandarpa, Krishna 07/19/2018 | 162:22-163:02 | | | |
| Kandarpa, Krishna 07/19/2018 | 163:04-163:09 | | | |
| Kandarpa, Krishna 07/19/2018 | 163:12-163:17 | | | |
| Kandarpa, Krishna 07/19/2018 | 163:22-164:06 | | | |
| Kandarpa, Krishna 07/19/2018 | 164:20-164:21 | | | |

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 165:05-165:07 | | | |
| Kandarpa, Krishna 07/19/2018 | 165:16-165:19 | | | |
| Kandarpa, Krishna 07/19/2018 | 166:04-166:11 | assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding his own recollection. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 166:13-167:18 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding his own recollection. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 169:19 | | | |
| Kandarpa, Krishna 07/19/2018 | 169:21-169:22 | | | |
| Kandarpa, Krishna 07/19/2018 | 170:02-170:06 | | | |
| Kandarpa, Krishna 07/19/2018 | 170:12 | | | |
| Kandarpa, Krishna 07/19/2018 | 170:17-170:22 | | | |
| Kandarpa, Krishna 07/19/2018 | 171:03-171:06 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding | OVERRULED |

23

| | | | his own recollection. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 171:09 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding his own recollection. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 171:12 | | | |
| Kandarpa, Krishna 07/19/2018 | 171:15 | | | |
| Kandarpa, Krishna 07/19/2018 | 171:18-171:19 | | | |
| Kandarpa, Krishna 07/19/2018 | 172:01 | | | |
| Kandarpa, Krishna 07/19/2018 | 172:07-172:12 | | | |
| Kandarpa, Krishna 07/19/2018 | 172:13-172:15 starting with --reported filter | | | |
| Kandarpa, Krishna 07/19/2018 | 172:17 | | | |
| Kandarpa, Krishna 07/19/2018 | 172:19 | | | |
| Kandarpa, Krishna 07/19/2018 | 172:24-173:05 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks | OVERRULED |

| | | | witness regarding his own knowledge. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 173:14-173:19 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding his own knowledge. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 174:09-174:14 starting with Exhibit 13 | Assumes facts not in evidence;calls for speculation | Does not call for speculation. Question asks witness regarding his own knowledge. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 174:18-174:22 | Assumes facts not in evidence;calls for speculation;FRE 402, 403 | Does not call for speculation. Question asks witness regarding his own knowledge. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 176:14-176:19 | | | |
| Kandarpa, Krishna 07/19/2018 | 177:18-177:20 | misstated the answer of the witness | no objection noted | SUSTAIN |
| Kandarpa, Krishna 07/19/2018 | 177:23-178:01 ending with report of it. | asked and answered | Plaintiff does not identify any previous time this question was asked and answered. | SUSTAIN |
| Kandarpa, Krishna 07/19/2018 | 178:07-178:19 | FRE 402 | Plaintiff does not identify how this testimony may be irrelevant to the issues in this case, so Bard is left to guess what Plaintiff means. Bard notes, however, that adverse event reporting is directly relevant to | OVERRULED |

| | | | Plaintiff's attempts to use comparative rates of complications, based on these adverse event reports, to establish that Bard's IVC filters are defectively designed. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 179:18-180:06 | | | |
| Kandarpa, Krishna 07/19/2018 | 181:06-181:07 | | | |
| Kandarpa, Krishna 07/19/2018 | 181:09-181:14 | | | |
| Kandarpa, Krishna 07/19/2018 | 181:18-181:20 | | | |
| Kandarpa, Krishna 07/19/2018 | 182:17 | | | |
| Kandarpa, Krishna 07/19/2018 | 182:22-183:09 | hearsay;calls for speculation | Testimony not offered to prove the truth of the matter asserted. There is no call for speculation regarding the details of this study. | SUSTAIN |
| Kandarpa, Krishna 07/19/2018 | 183:12-183:14 | hearsay;calls for speculation | Testimony not offered to prove the truth of the matter asserted. There is no call for | SUSTAIN |

| | | | speculation regarding the details of this study. | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 183:16 | FRE 602 | Answer does not provide any information not from witness' personal knowledge. | SUSTAIN |
| Kandarpa, Krishna 07/19/2018 | 186:06-186:10 | | | |
| Kandarpa, Krishna 07/19/2018 | 187:07-187:19 ending with No, I don't. | misstated the answer of the witness | Plaintiff fails to explain how this designation misstates the witness' answer. In fact, it does not. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 187:23-188:03 ending with …if it did. | FRE 402, 403, 602 | Bard's dissemination of this data to physicians is relevant in this case. Question does not seek, nor does answer provide, any information not from witness' personal knowledge. | OVERRULED |
| Kandarpa, Krishna 07/19/2018 | 188:08 I don't know | FRE 602, calls for hearsay | Phrase "I don't know" neither calls for hearsay nor provides any information or testimony outside plaintiff's personal knowledge. | SUSTAIN |

| Kandarpa, Krishna 07/19/2018 | 188:10-188:12 | fre 602; calls for hearsay | Question confirming that witness does not have knowledge does not seek, nor does answer confirming lack of knowledge provide, any information outside witness' own perception. Nor does this call for any hearsay. | OVERRULED |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 191:09-191:12 | | | |
| Kandarpa, Krishna 07/19/2018 | 191:24-192:08 ending with No, I don't. | | | |
| Kandarpa, Krishna 07/19/2018 | 193:16-194:04 ending with Yeah. | FRE 402, 403 | Goes to bias. | **RESERVED** |
| | | | | |
| **DEPON-ENT** | **PL COUNTER S TO COUNTER S** | **DEF OBJECTIONS** | **PL RESPONSE TO OBJECTIONS** | **COURT RULING** |
| Kandarpa, Krishna 07/19/2018 | 152:02-152:07 | | | |
| Kandarpa, Krishna 07/19/2018 | 158:04-158:07 completeness | | | |

28

| | | | | |
|---|---|---|---|---|
| Kandarpa, Krishna 07/19/2018 | 161:23-161:24<br><br>completeness | | | |
| Kandarpa, Krishna 07/19/2018 | 162:01<br><br>completeness | | | |
| Kandarpa, Krishna 07/19/2018 | 186:11-186:13<br><br>completeness | | | |
| Kandarpa, Krishna 07/19/2018 | 187:19-187:22<br><br>completeness | | | |
| | | | | |

Accordingly, IT IS ORDERED that the parties' request for rulings on objections to certain designations is GRANTED, and the objections are sustained in part and overruled in part as provided above.

Entered this 4th day of June, 2021.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge