IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE JOHNSON,

                Plaintiff,                              ORDER

v.

                                                                    19-cv-760-wmc

C.R. BARD INC. and
BARD PERIPHERAL VASCULAR INC.,

                Defendants.

Before the court is the parties' request for ruling on objections to certain deposition designations as to Frederick Rogers.

| DEPONENT | PL AFFIRM | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | | Bard objects to Plaintiff's references to "Admitted in the Peterson case" as a basis for allowing a designation to played, or overruling an objection, and submits that the testimony should be consider based on the facts and applicable law and rulings in this case. The Peterson case involved a different filter, different claims, and was decided under different state law. | | |
| Rogers, Frederick 07/18/2017 | 6:03-6:04 | | Admitted in Peterson | |

1

| Rogers, Frederick 07/18/2017 | 46:06-46:09 | | Admitted in Peterson | |
| --- | --- | --- | --- | --- |
| Rogers, Frederick 07/18/2017 | 46:23-47:04 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. This case does not involve a situation where a filter was placed as a result of a trauma-related injury. | Admitted in Peterson Foundation testimony | OVERRULED |
| Rogers, Frederick 07/18/2017 | 60:22-60:25 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 61:08-61:25 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 101:17-101:23 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |

| Rogers, Frederick 07/18/2017 | 101:25 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 102:02-102:07 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 102:09-102:12 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 106:10-106:14 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. | Admitted in Peterson Foundation testimony. The testimony is highly relevant as it is about the witness' research as to the risk/benefits of retievable IVC filters like the Meridian. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 106:18-106:19 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. Exhibit is hearsay. | Admitted in Peterson Foundation testimony. The document is learned treatise or peroldical and testimony from the document is not hearsay. FRE 803(18). The article is highly relevant as directly addresses the risk/benefit analysis for the retrievable IVC filters like the Meridian filter. It is not unfairly prejudical. | OVERRULED |

3

| Rogers, Frederick 07/18/2017 | 107:01-107:13 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. Exhibit is hearsay. | Admitted in Peterson Foundation testimony. The document is learned treatise or peroldical and testimony from the document is not hearsay. FRE 803(18). The article is highly relevant as directly addresses the risk/benefit analysis for the retrievable IVC filters like the Meridian filter. It is not unfairly prejudical. | OVERRULED |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 108:23-108:25 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. Exhibit is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 109:05-109:06 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |

4

| Rogers, Frederick 07/18/2017 | 110:04-110:06 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 111:18-112:03 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 112:05-112:07 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |

| | | | | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 112:12-112:16 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 113:19-114:23 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 114:25-115:01 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |

| | | | | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 115:03-115:06 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 117:04-118:05 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 118:07 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 118:09-118:12 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their | OVERRULED |

| | | Rules 801/802. Testimony is hearsay. | filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 118:14-118:15 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 118:17-118:23 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 118:25 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 119:02-119:05 | | Admitted in Peterson | |

8

| | | | | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 119:07 (ending Yes.) | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 119:07-119:11 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 119:13-119:24 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson | OVERRULED |
| Rogers, Frederick 07/18/2017 | 120:01 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's | OVERRULED |

| | | | assessment of the benefits of the filter at issue. | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 123:08-123:11 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. Foundation | STRIKE as cumulative |
| Rogers, Frederick 07/18/2017 | 123:14-123:25 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | STRIKE as cumulative |

| | | | | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 124:02 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | STRIKE as cumulative |
| Rogers, Frederick 07/18/2017 | 124:04- 124:21 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. Rules 801/802. Testimony is hearsay. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | STRIKE as cumulative |
| Rogers, Frederick 07/18/2017 | 124:22- 125:02 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 125:03- 125:06 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 125:08- 125:18 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the | OVERRULED |

11

| | | | | |
|---|---|---|---|---|
| | | effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | |
| Rogers, Frederick 07/18/2017 | 125:19-125:22 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 125:25-126:04 | | Admitted in Peterson | |
| Rogers, Frederick 07/18/2017 | 126:06-126:10 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 126:12 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's | OVERRULED |

| | | | assessment of the benefits of the filter at issue. | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 126:14-126:16 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 126:19-126:20 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & 403. Irrelevant and Unfairly prejudicial. | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 126:22-127:01 | Rules 401, 402, 403. Testimony does not involve filter at issue and/or failure modes at issue; Irrelevant and any probative value outweighed by prejudicial effect. Rules 401, 402 & | Admitted in Peterson Testimony is relevant to the risks and general lack of efficacy of the class of products at issue, including and especially the filter at issue. Defendants open the door to such testimony by | OVERRULED |

13

| DEPONENT | DEF COUNTER | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| | | 403. Irrelevant and Unfairly prejudicial. | presenting argument and evidence regarding the life-saving properties of their filters. Further, evidence is relevant to the jury's assessment of the benefits of the filter at issue. | |
| Rogers, Frederick 07/18/2017 | 102:02-102:07 | | | |
| Rogers, Frederick 07/18/2017 | 102:09-102:12 | | | |
| Rogers, Frederick 07/18/2017 | 110:21-110:24 | | | |
| Rogers, Frederick 07/18/2017 | 111:01-111:12 | | | |
| Rogers, Frederick 07/18/2017 | 115:03-115:06 | | | |
| Rogers, Frederick 07/18/2017 | 119:07-119:11 | non-responsive after "yes" | Witness is merely providing a complete response to Plaintiff's counsel's questioning. The testimony is directly responsive to the question presented. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 120:03-120:07 | | | |
| Rogers, Frederick 07/18/2017 | 120:09-120:21 | | | |

| | | | | |
|---|---|---|---|---|
| Rogers, Frederick 07/18/2017 | 120:23-121:05 | | | |
| Rogers, Frederick 07/18/2017 | 124:22-125:02 | | | |
| Rogers, Frederick 07/18/2017 | 125:19-125:22 | | | |
| Rogers, Frederick 07/18/2017 | 125:25-126:04 | | | |
| Rogers, Frederick 07/18/2017 | 127:03-127:05 | Outside the scope of direct | This is questioning performed by Plaintiff's counsel, and which is within the scope of the use of filters and anticoagulation in trauma patients. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 127:07-127:14 | Outside the scope of direct | This is questioning performed by Plaintiff's counsel, and which is within the scope of the use of filters and anticoagulation in trauma patients. | OVERRULED |
| Rogers, Frederick 07/18/2017 | 127:16-128:02 | Calls for speculation; outside the scope of direct | This is questioning performed by Plaintiff's counsel, and which is within the scope of the use of filters and anticoagulation in trauma patients. | OVERRULED |

Accordingly, IT IS ORDERED that the parties' request for rulings on objections to certain designations is GRANTED, and the objections are sustained in part and overruled in part as provided above.

Entered this 4th day of June, 2021.

BY THE COURT:

15

/s/

_____
WILLIAM M. CONLEY
District Judge