IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE JOHNSON,

       Plaintiff,         ORDER

 v.

                    19-cv-760-wmc

C.R. BARD INC. and
BARD PERIPHERAL VASCULAR INC.,

       Defendants.

Before the court is the parties' request for ruling on objections to certain deposition designations as to Abithal Raji-Kubba.

| DEPONENT | PL AFFIRM | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | | Bard objects to Plaintiff's references to "Admitted in the Peterson case" as a basis for allowing a designation to played, or overruling an objection, and submits that the testimony should be consider based on the facts and applicable law and rulings in this case. The Peterson case involved a different filter, different claims, and was decided under different state law. | | |

1

| Raji-Kubba, Abithal 07/18/2016 | 9:07-9:10 | | Admitted in Peterson | |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | 14:01-14:13 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 75:09-77:03 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 77:13-77:14 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 78:13-79:05 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 79:17-79:24 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 80:02-80:04 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 80:08-80:13 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 98:03-98:08 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 115:01-115:09 | Cumulative of testimony of several witnesses | Admitted in Peterson The defendants have not identified the witnesses or testimony thebase this objection upon. The testimony is not needlessly presenting cumulative evidence. | OVERRULED |

2

| | | | | |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | 115:13-115:18 | Cumulative of testimony of several witnesses | Admitted in Peterson The defendants have not identified the witnesses or testimony thebase this objection upon. The testimony is not needlessly presenting cumulative evidence. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 116:02-117:14 | Cumulative of testimony of several witnesses | Admitted in Peterson The defendants have not identified the witnesses or testimony thebase this objection upon. The testimony is not needlessly presenting cumulative evidence. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 117:16-117:21 | Cumulative of testimony of several witnesses | Admitted in Peterson The defendants have not identified the witnesses or testimony thebase this objection upon. The testimony is not needlessly presenting cumulative evidence. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 129:14-130:07 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 131:23-132:11 | Cumulative of testimony of several witnesses | Admitted in Peterson The defendants have not identified the witnesses or testimony thebase this objection upon. The testimony is not needlessly presenting cumulative evidence. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 160:04-160:06 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 161:22-161:23 | | Admitted in Peterson | |

| Raji-Kubba, Abithal 07/18/2016 | 162:02-162:11 | | Admitted in Peterson | |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | 162:16-163:03 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 167:11-168:02 | | Admitted in Peterson | |
| Raji-Kubba, Abithal 07/18/2016 | 204:12-204:21 | Rules 401, 402 and 403. Relates to Recovery filter only. | Admitted in Peterson The witness was a recipient of the document and her testimony establishes her knowledge of the subject matter therein. | SUSTAIN |
| Raji-Kubba, Abithal 07/18/2016 | 204:25-205:19 | Rules 401, 402 and 403. Relates to Recovery filter only. | Admitted in Peterson The witness was a recipient of the document and her testimony establishes her knowledge of the subject matter therein. | SUSTAIN |
| Raji-Kubba, Abithal 07/18/2016 | 205:21-206:04 | Rules 401, 402 and 403. Relates to Recovery filter only. | Admitted in Peterson The witness was a recipient of the document and her testimony establishes her knowledge of the subject matter therein. | SUSTAIN |
| Raji-Kubba, Abithal 07/18/2016 | 227:20-227:23 Beginging with "Was" | | Admitted in Peterson | |
| | | | | |
| **DEPONENT** | **DEF COUNTER** | **PL OBJECTIONS** | **DEF RESPONSE TO OBJECTIONS** | **COURT RULING** |
| Raji-Kubba, Abithal 07/18/2016 | 18:10-20:08 For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective | OVERRULED |

4

| | | | | |
|---|---|---|---|---|
| | | same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | |
| Raji-Kubba, Abithal 07/18/2016 | 77:15-78:12<br><br>For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 79:06-79:16<br><br>For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 89:13-89:15<br><br>For Completeness | FRE 602; calls for speculation<br>FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or | SUSTAIN |

5

| | | | | |
|---|---|---|---|---|
| | | name of fairness, must be considered at the same time as Plaintiff's designation. | document with which that witness has no or limited personal knowledge. | |
| Raji-Kubba, Abithal 07/18/2016 | 115:10-115:12<br><br>For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 115:19-116:01<br><br>For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 117:22-118:05<br><br>For Completeness | Non-responsive<br>FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. Moreover, designated | OVERRULED |

| | | | testimony is directly responsive and attempts to explain witness' answer to counsel's question regarding whether electropolishing makes the surface safer. | |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | 168:09-168:12<br><br>For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 169:16-170:03<br><br>For Completeness | Hearsay;FRE 602 FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. Testimony does not reference any out of court statement and even if it did, in this context, any such statement would not be offered to prove the truth of the matter asserted. | OVERRULED |

| | | | | |
|---|---|---|---|---|
| Raji-Kubba, Abithal 07/18/2016 | 174:16-176:12 For Completeness | Non-responsive FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. This testimony also is responsive to the question, and attempts to provide a robust answer to Plaintiff's counsel's attempt to characterize the contents of a document. | OVERRULED |
| Raji-Kubba, Abithal 07/18/2016 | 178:02-178:10 For Completeness | FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demostrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | This testimony is necessary to provide a complete picture of the witness' background, place Plaintiff's selective designation of lines of questioning in proper context, and/or demonstrate the Plaintiff is attempting to elicit testimony from a witness about a subject or document with which that witness has no or limited personal knowledge. | OVERRULED |

Accordingly, IT IS ORDERED that the parties' request for rulings on objections to certain designations is GRANTED, and the objections are sustained in part and overruled in part as provided above.

Entered this 5th day of June, 2021.

BY THE COURT:

/s/

8

_____
WILLIAM M. CONLEY
District Judge