IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATALIE JOHNSON,

                        Plaintiff,                        ORDER

     v.

                                                19-cv-760-wmc

C.R. BARD INC. and
BARD PERIPHERAL VASCULAR INC.,

                        Defendants.

---

Before the court is the parties' request for ruling on objections to certain deposition designations as to Michael Randall.

**January 18, 2017, Deposition:**

| DEPON-ENT | PL AFFIRM | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 19:15-19:25 | Incomplete question and no answer designated. | Plain[ti]ff will include 19:17-19:25, as indicated. | MOOT, also ADD 19:14. |
| Randall, Mike 01/18/2017 | 20:06-20:09 | Partial answer without a question. | Plaintiff will include 20:06-20:09 as indicated | MOOT |
| Randall, Mike 01/18/2017 | 20:09 | | | |
| Randall, Mike 01/18/2017 | 22:04-22:06 Starting at "What" | | | |
| Randall, Mike 01/18/2017 | 22:07-22:10 Starting at "the initial" | | | |
| Randall, Mike 01/18/2017 | 22:14-22:19 | Counters are necessary for completeness. | Plaintiff added line 19 to accommodate defendant's optional completeness request. | MOOT (counters have been included) |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 23:16-23:24 | | | |
| Randall, Mike 01/18/2017 | 24:02-24:05 | | | |
| Randall, Mike 01/18/2017 | 24:08-24:11 | | | |
| Randall, Mike 01/18/2017 | 25:08-25:17 Starting at "And" | | | |
| Randall, Mike 01/18/2017 | 35:07-35:09 | | | |
| Randall, Mike 01/18/2017 | 35:21-35:25 Starting at "Tell" | | | |
| Randall, Mike 01/18/2017 | 37:17-38:11 Starting at "So" | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 39:18-39:25 Starting at "under" | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 40:01-40:04 Starting at "And | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 40:11-40:15 Starting at "And" | Incomplete answer. Remainder of 40:15 needs to be included. Moreover, no question is being asked. Counsel is merely reading the document and asking witness to confirm that he is reading it correctly. | Plaintiff will complete the response on 40:15. | MOOT as to 40:15. OVERRULED as to remainder. |
| Randall, Mike 01/18/2017 | 47:09-47:13 Starting "And" | | | |
| Randall, Mike 01/18/2017 | 47:15 | | | |
| Randall, Mike 01/18/2017 | 47:18 | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 48:09-48:22 | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 49:07-49:11 Starting at "So" | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 49:13-49:14 | | | |
| Randall, Mike 01/18/2017 | 49:17-49:20 | counters on page 50 are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 51:08-51:09 | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 51:19-51:25 Starting at "this" | counters are necessary for completeness and to put question in context. | | MOOT (counters have been included) |
| Randall, Mike 01/18/2017 | 53:15-53:20 Starting at "there" | | | |
| Randall, Mike 01/18/2017 | 56:22-57:04 Starting at "there's" | | | |
| Randall, Mike 01/18/2017 | 57:08 | Incomplete answer - entire answer is lines 5-11. Complete answer should be played. | | SUSTAIN; ADD entire answer from 57:5-57:11. |
| Randall, Mike 01/18/2017 | 60:24:61:16 | Counters on page 60 are necessary for completeness. | Plaintiff added line 60:24-61:01 to accommodate defendant's optional completeness request. | MOOT |
| Randall, Mike 01/18/2017 | 66:17 | | | |
| Randall, Mike 01/18/2017 | 70:02-70:05 Starting at "Bard" | | | |
| Randall, Mike 01/18/2017 | 70:23-70:25 | | | |
| Randall, Mike 01/18/2017 | 71:20-71:22 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 71:24 | | | |
| Randall, Mike 01/18/2017 | 72:01-72:11 | | | |
| Randall, Mike 01/18/2017 | 82:17-82:20 | This testimony assumes facts not in evidence. | | OVERRULED |
| Randall, Mike 01/18/2017 | 83:05-83:22 | | | |
| Randall, Mike 01/18/2017 | 86:22-87:08 | | | |
| Randall, Mike 01/18/2017 | 87:11-87:18 | Objection. This testimony mischaracterizes the document and assumes facts not in evidence. | FRCP 32(6) and FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not designated any specific testimony to include nor demonstrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | OVERRULED |
| Randall, Mike 01/18/2017 | 88:21-89:07 | Objection. This testimony mischaracterizes the document and assumes facts not in evidence. | FRCP 32(6) and FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not designated any specific testimony to include nor demonstrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | OVERRULED except STRIKE 89:1. |
| Randall, Mike 01/18/2017 | 93:11-94:01 | Objection. This testimony, 93:21-94:1 was mischaracterizes the document. Also, asked and answered. | The plaintiff does not und[e]rstand the objection. The testi[]mony is relevant and is not unnecessarily | SUSTAIN |

4

| | | | cumulative of any prior testimony. | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 100:17-100:22 | | | |
| Randall, Mike 01/18/2017 | 102:01-103:03 | | | |
| Randall, Mike 01/18/2017 | 125:04-125:11 | | | |
| Randall, Mike 01/18/2017 | 126:22-127:06 | | | |
| Randall, Mike 01/18/2017 | 128:14-128:17 | | | |
| Randall, Mike 01/18/2017 | 129:01-129:04 start at "Wouldn't that" | Starts in the middle of a question. Vague and ambiguous. | Plaintiff has clarified the start of the question as indicated. | MOOT |
| Randall, Mike 01/18/2017 | 129:05-129:22 | Objection - incomplete answer. This starts answer in the middle of the answer. Lines 5-8 are necessary for completeness and so the answer is not out of context. Counters at 129:23-130:17 are necessary for completeness. | No objection has been stated. The added lines have been Included as optional completeness to the Plaintiff's offer on direct. | MOOT as to lines 5-8 as plaintiff has included them; MOOT as to 129:23-130:17 as the counters have been included. |
| Randall, Mike 01/18/2017 | 130:18-130:24 | Counters at 131-132 are necessary f[or] completeness and will not make sense out of context. | FRCP 32(6) and FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demonstrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | MOOT (counters have been included) |

| Randall, Mike 01/18/2017 | 145:23-146:06 | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 181:15-182:03 Start at "if" and end at "it" | Rules 401, 402, 403 – Testimony does not involve filter at issue and/or failure mode at issue; Irrelevant and any probative value outweighed by prejudicial effect. Moreover, Rule 407, subsequent remedial measure. Incomplete answer - the entire answer is necessary or it is out of context and an attempt at creating sound bites. | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with the Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The added lines have been included as optional completeness to the Plaintiff's offer on direct. | OVERRULE as to 401, 402, and 403 objections. **RESERVE** as to 407 objection. |
| Randall, Mike 01/18/2017 | 182:06:182:23 Start at "so:" | Rules 401, 402, 403 – Testimony does not involve filter at issue and/or failure mode at issue; Irrelevant and any probative value outweighed by prejudicial effect. Moreover, Rule 407, subsequent remedial measure. Incomplete answer - the entire answer is necessary or it is out of context and an attempt at creating sound bites. | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with the Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The added lines have been included as optional completeness to the Plaintiff's offer on direct. | OVERRULE as to 401, 402, and 403 objections. **RESERVE** as to 407 objection. |
| Randall, Mike 01/18/2017 | 182:14-182:23 Starting at "We" | Rules 401, 402, 403 – Testimony does not involve filter at issue and/or failure mode at issue; Irrelevant and any probative value outweighed by prejudicial effect. Moreover, Rule 407, subsequent remedial measure. | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with the Meridian filter. Also shows that Bard knew there was issue with their current line of filters. | OVERRULE as to 401, 402, and 403 objections. **RESERVE** as to 407 objection. |
| Randall, Mike 01/18/2017 | 183:07-183:12 | Rules 401, 402, 403 – Testimony does not involve filter at issue and/or failure mode at issue; Irrelevant and any probative value outweighed by prejudicial effect. Moreover, Rule | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with the Meridian filter. Also shows that Bard knew there was issue with their current line of filters. | OVERRULE as to 401, 402, and 403 objections. **RESERVE** as to 407 objection. |

| | | | | 407, subsequent remedial measure. | | |
|---|---|---|---|---|

| DEPON-ENT | DEF COUNTER | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | | Unless specifically stated otherwise for purposes of optional completeness, Plaintiff is not agreeing to insert any of the Defendants' counter designations into her presentation of the witness' testimony. The lack of specifi[c] obj[e]ction simply means the [p]laintiff doe[s ]not object to the[ ]Defendants offer of that testimony[]y []as cross/counter offer. | | RESERVE to extent also using 10/3/2018 trial deposition. Otherwise, OVERRULED. As the court already ruled, counter designations are to appear in the initial video, and *not* as a separate video to be played afterwards. Thus, to the extent allowed, defendants' counter-designations are to appear in plaintiff's presentation of Randall's testimony. |
| Randall, Mike 01/18/2017 | 22:18-23:06 (starting at "and") | Plaintiff added line 19 to accom[m]odate defendant's optional completeness. NO objection to defendants['] designation of 22:20-23:06 | | MOOT |
| Randall, Mike 01/18/2017 | 24:12-25:07 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 36:10 | | | STRIKE |
| Randall, Mike 01/18/2017 | 36:20-36:23 (starting at "Is") | | | |
| Randall, Mike 01/18/2017 | 37:13-37:17 (starting at "this") (ending at "anyway") | FRE 401, 402 & 403 - 37:15 - 37:17 ending at "anyway" is a sidebar comment by couns[el] and is not a question or testimony. It is not relevant and could have the potential to confuse or mislead. It is unfairly prejudicial. | | OVERRULED |
| Randall, Mike 01/18/2017 | 39:25 ("That's what it says here.") | Plaintiff added the rest of 30:25 to accommodate defendant's optional completeness request. | | MOOT |
| Randall, Mike 01/18/2017 | 40:04 "That's what it says here " | Plaintiff added the rest of 40:04 to accommodate defendant's optional completeness request. | | MOOT |
| Randall, Mike 01/18/2017 | 40:06 ("of all vena cava filters") | Plaintiff added the rest of 40:06 to accommodate defendant's optional completeness request. | | MOOT |
| Randall, Mike 01/18/2017 | 40:07-40:10 (starting at "And then") | | | |
| Randall, Mike 01/18/2017 | 40:15 ("that's what it says") | Plaintiff added the rest of 40:15 to accommodate defendant's optional completeness request. | | MOOT |
| Randall, Mike 01/18/2017 | 47:20-47:21 | FRE: 401,402 & 403. The requested testimony is non re[s]po[]nsive [to] the question asked. An objection was made at the time of the deposition. | | OVERRULED |
| Randall, Mike 01/18/2017 | 47:24-48:08 | | | |
| Randall, Mike 01/18/2017 | 48:23-49:06 | | | |

| Randall, Mike 01/18/2017 | 50:02-50:18 | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 51:10-51:19 (ending at "and") | FRE 401, 402 - The offered testimony is not relevant and is not responsive to the question asked. Fairness does not require its inclusion under optional completeness. | The testimony is necessary to explainthe document and avoid a soundbite without proper context. | OVERRULED |
| Randall, Mike 01/18/2017 | 52:03-52:07 | FRE 401, 402 , 403 & 602 - The testimony is not relevant and consists of the witness speculating as to whether additional document may exist with out such a question pending. The witness admits "I'm not sure". The testimony is likely to confuse or mislead and is unfairly prejudicial. | The testimony is necessary to explainthe document and avoid a soundbite without proper context. The witness was handed a document that is a draft or not complete and is entitled to explain that. | OVERRULED |
| Randall, Mike 01/18/2017 | 57:09-57:11 | FRE 401, 402 , 403, 405 & 802 - The testimony is not relevant and consists of the witness testifying that unidentified third parties have compliment the design of the Bard filter. The testimony is offered for the truth of the matter asserted and to bolster the reputation of the company. The testimony is likely to confuse or mislead and is unfairly prejudicial. | Plaintiff chooses to only play the part of the answer rather than the entire anser. No objection to the responsiveness of the question was made at the time. | OVERRULED |
| Randall, Mike 01/18/2017 | 60:24-61:01 (starting at "the way") (ending at "that") | Plaintiff added line 60:24 -61:01 to accommodate defendant's optional completeness request. | The entire answer needs to include all of line 61:1 | MOOT |
| Randall, Mike 01/18/2017 | 70:15-70:16 | FRE 401, 402 & 403 - The offered testimony is not relevant and the offereed testimnoy is answer to q question that was not included and taken completely out of | The question and answer are directly relevant to the issues in this case about the Meridian filter. The witness directly answers the question. | OVERRULED. Also, ADD 70:06-70:22. |

| | | | | |
|---|---|---|---|---|
| | | context. is not responsive to the question asked. Fairness does not require its inclusion under optional completeness. The testimony is likely to confuse or mislead and is unfairly prejudicial. | | |
| Randall, Mike 01/18/2017 | 71:04-71:12 | | | |
| Randall, Mike 01/18/2017 | 71:15-71:16 | | | |
| Randall, Mike 01/18/2018 | 87:19-87:24 | | | |
| Randall, Mike 01/18/2019 | 88:01-88:02 | | | |
| Randall, Mike 01/18/2020 | 88:06-88:12 | | | |
| Randall, Mike 01/18/2021 | 88:14-88:20 | | | |
| Randall, Mike 01/18/2022 | 89:08-89:20 | | | |
| Randall, Mike 01/18/2023 | 89:23-89:24 (starting at "yeah") | | | |
| Randall, Mike 01/18/2024 | 90:02-90:15 | | | |
| Randall, Mike 01/18/2025 | 90:17-90:19 | | | |
| Randall, Mike 01/18/2026 | 92:05-92:06 | | | |
| Randall, Mike 01/18/2027 | 92:08-92:10 | | | |

| | | | |
|---|---|---|---|
| Randall, Mike 01/18/2028 | 92:12-92:14 | | |
| Randall, Mike 01/18/2029 | 92:17-93:08 | | |
| Randall, Mike 01/18/2029 | 94:02-94:06 | | |
| Randall, Mike 01/18/2030 | 100:23-101:21 | | |
| Randall, Mike 01/18/2031 | 101:24-101:25 | | |
| Randall, Mike 01/18/2032 | 105:05-105:07 | | |
| Randall, Mike 01/18/2033 | 105:13-105:17 (starting at "looking") (ending with "filter.") | | |
| Randall, Mike 01/18/2034 | 107:20-107:24 (starting with "If") | | |
| Randall, Mike 01/18/2035 | 108:03 ("I think it's 150") | | |
| Randall, Mike 01/18/2036 | 111:04-111:08 (ending with "model,") | | |
| Randall, Mike 01/18/2037 | 111:11-112:04 (ending with "too") | | |
| Randall, Mike 01/18/2038 | 112:15-112:16 (starting with "the") | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 01/18/2039 | 112:18 | | | |
| Randall, Mike 01/18/2040 | 112:20-112:21 | | | |
| Randall, Mike 01/18/2041 | 116:01-116:08 (starting with "you") | | | |
| Randall, Mike 01/18/2042 | 116:19-116:20 (starting with "the") | | | |
| Randall, Mike 01/18/2017 | 129:05-129:08 | The added lines have been Included as optional completeness to Plaintiffs offer on direct. | | MOOT |
| Randall, Mike 01/18/2017 | 129:23-130:17 | Expert testimony by a lay witness. Mr. Randall admits in the designation that he is not an expert in endurance testing or limits. | Witness' statement that he is not an expert in endurance limits does not mean that he is attempting to improperly proffer expert testimony and cannot testify regarding testing that Bard performed. Witness indicated that his testimony is from his experience in the industry, and what is well known in the industry. This is not expert opinion, but testimony from a lay witness. | OVERRULED |
| Randall, Mike 01/18/2017 | 131:05-132:09 | Expert testimony by a lay witness. Mr. Randall admits in the designation that he is not an expert in endurance testing or limits. | Witness' statement that he is not an expert in endurance limits does not mean that he is attempting to improperly proffer expert testimony and cannot testify regarding testing that Bard performed. Witness indicated that his testimony is from his experience in the industry, and what is well known in the industry. | OVERRULED |

| | | | This is not expert opinion, but testimony from a lay witness. | |
|---|---|---|---|---|
| Randall, Mike 01/18/2043 | 162:24-163:04 (starting with "this") | | | |
| Randall, Mike 01/18/2044 | 163:07-163:10 | | | |
| Randall, Mike 01/18/2045 | 165:09-165:14 (starting at "this") | | | |
| Randall, Mike 01/18/2046 | 166:11-166:15 (staring at "I think") | | | |
| Randall, Mike 01/18/2017 | 181:20-182:06 (starting with "and with") (ending with "so") | FRE 401, 402, 403, 801(a) & 802 -The offered testimony at 182:03-182:06 - is hearsay. It is a reference to on verbal conduct as to what other companies do that is intended to prove the truth of the matter asserted. The referenced conduct is not relevant and it likely to confuse or mislead and is unfairly prejudical. Plaintiff cannot cross examine "other companies" about the referenced conduct. Plaintiff has added 182:03-182:06 and 182:11-182:14 to her direct to accommodate Bard's optional completeness request. | There is no hearsay in his answer. The witness is explaining how the testing process works with later generations of filters. This is directly relevant to Plainitf's claims in this case. | MOOT as to 181:20-182:03. OVERRULED as to 182:03-182:06.  In other words, 181:20-182:06 is to be included in its entirety. |
| Randall, Mike 01/18/2017 | 182:11-182:14 (beginning with "so") | Plaintiff has added 182:03-182:06 and 182:11-182:14 to her direct to accommodate | | MOOT |

| | (ending with "platform") | Bard's optional completeness request. | | |

| DEPON-ENT | PL COUNTERS TO COUNTERS | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| | NONE | | | |

| DEPON-ENT | DEF AFFIRM | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | | Plaintiff Objects to the use of formal trial testimony of Mike Randall under FRE 801(c) and FRE 804 | | Address availability, duplication, and participation of plaintiff's counsel. |
| Randall, Mike 01/18/2017 | 13:19-14:24 begin at Why | | | |
| Randall, Mike 01/18/2017 | 19:14-19:22 Begin at You | | | |
| Randall, Mike 01/18/2017 | 20:09 | | | |
| Randall, Mike 01/18/2017 | 22:04-22:10 begin at What | FRE: 403- Cumulative- the testmony has been presented in Plaintiffs's direct examination of this witness. | | OVERRULED |
| Randall, Mike 01/18/2017 | 22:20-23:14 | FRE: 403- Cumulative- the testmony has been presented in Plaintiffs's direct examination of this witness. | | OVERRULED |
| Randall, Mike 01/18/2017 | 38:23-39:03 | FRE 611 - The testimony is outside the scope of the cross examination. | | OVERRULED |
| Randall, Mike 01/18/2017 | 40:01-40:04 | Hearsay FRE: 403- Cumulative- the testmony has been presented in Plaintiffs's direct | The witness is reading from a regularly kept business record of Bard that was presented to | OVERRULED |

| | | examination of this witness. | him as an exhibit by Plaintiff's counsel | |
|---|---|---|---|---|
| Randall, Mike 01/18/2017 | 40:06 | | | |
| Randall, Mike 01/18/2017 | 60:24-61:03 begin at the way | Lack of foundation. FRE: 403- Cumulative- the testimony has been presented in Plaintiffs's direct examination of this witness. | The question lays the foundation. | OVERRULED |
| Randall, Mike 01/18/2017 | 61:05-61:25 | FRE: 403- Cumulative- the testimony has been presented in Plaintiffs's direct examination of this witness. | | OVERRULED |
| Randall, Mike 01/18/2017 | 152:20 begin at the Meridian | | | |
| Randall, Mike 01/18/2017 | 152:23 begin at August | | | |
| Randall, Mike 01/18/2017 | 153:05-153:16 | Lack of foundation, hearsay, | -The witness is stating why the company took action. Rule 803(3) | SUSTAIN |
| Randall, Mike 01/18/2017 | 178:09-178:12 begin at The Meridian | | | |
| Randall, Mike 01/18/2017 | 178:24-178:25 | | | |
| | | | | |
| **DEPON-ENT** | **PL COUNTERS** | **DEF OBJECTIONS** | **PL RESPONSE TO OBJECTIONS** | **COURT RULING** |
| Randall, Mike 01/18/2017 | 38:06-38:11 starting with "So essentially" | | | |
| Randall, Mike 01/18/2017 | 74:08-74:12 | This is not a counter to any testimony designated by Defendants. | | OVERRULED |

**February 2, 2017, Deposition:**

| DEPON-ENT | PL AFFIRM | DEF OBJECTIONS | PL RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 7:04-7:08 | | | |
| Randall, Mike 02/02/2017 | 7:12-7:17 | Mr. Randall is no longer with Bard. | He was "currently" the director of research and development when the deposition was taken. His title and position are relevant to his testimony and go to bais and credilblity. | OVERRULED |
| Randall, Mike 02/02/2017 | 10:01-10:13 | | | |
| Randall, Mike 02/02/2017 | 11:04-11:10 | | | |
| Randall, Mike 02/02/2017 | 12:03-12:07 begin at Are there | | | |
| Randall, Mike 02/02/2017 | 25:03-25:20 | | | |
| Randall, Mike 02/02/2017 | 45:11-45:15 | | | |
| Randall, Mike 02/02/2017 | 47:24-48:06 | | | |
| Randall, Mike 02/02/2017 | 48:08-48:10 | | | |
| Randall, Mike 02/02/2017 | 72:21-72:22 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 72:24-73:13 | Counters at 73-74 are necessary for completeness and will not make ssense out of context. | FRCP 32(6) and FRE 106 only requires completeness that "in fairness ought to be considered at the same time". Defendants have not demonstrated why this testimony, in the name of fairness, must be considered at the same time as Plaintiff's designation. | MOOT (counters have been included) |
| Randall, Mike 02/02/2017 | 86:13-86:20 begin at Would you | | | |
| Randall, Mike 02/02/2017 | 88:06-88:14 begin at would you end at by Bard | | | |
| Randall, Mike 02/02/2017 | 88:20-88:24 | | | |
| Randall, Mike 02/02/2017 | 89:01-89:05 | | | |
| Randall, Mike 02/02/2017 | 89:09-89:16 | | | |
| Randall, Mike 02/02/2017 | 93:16-93:19 begin at One of the | | | |
| Randall, Mike 02/02/2017 | 94:15-94:17 | Rules 401, 402, 403 – Testimony does not involve filter at issue and/or failure mode at issue; Irrelevant and any probative value outweighed by prejudicial effect. There is no | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has | OVERRULED |

17

| | | evidence of migration to the heart in this case | developed, manufactured and sold. See 92:3-92:8 | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 94:19-94:25 | | | |
| Randall, Mike 02/02/2017 | 95:20-95:24 | | | |
| Randall, Mike 02/02/2017 | 95:25-96:02 begin at Would you | | | |
| Randall, Mike 02/02/2017 | 96:04-96:05 | Objection - mischaracterizes the testimony - full answer in lines 4-5 | Plaintiff will include the entire response as indicated. | MOOT |
| Randall, Mike 02/02/2017 | 99:11-99:13 | | | |
| Randall, Mike 02/02/2017 | 99:20-100:06 | | | |
| Randall, Mike 02/02/2017 | 103:01-103:06 | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:8 | OVERRULED |
| Randall, Mike 02/02/2017 | 105:06-105:12 | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right | OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | | ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:9 | |
| Randall, Mike 02/02/2017 | 105:14-105:18 | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:10 | OVERRULED |
| Randall, Mike 02/02/2017 | 112:15-112:19 begin at So the | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:11 | OVERRULED |
| Randall, Mike 02/02/2017 | 114:23-115:10 | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:12 | OVERRULED |

| Randall, Mike 02/02/2017 | 115:15-115:22 begin at I've | Rule 401, 402 and 403. There is no evidence of migration more than 5 mm in this case. Rules 801/802 hearsay | Migration is at issue in this case as Ms. Johnson's filter migrated and fractured. The fractured piece embolized to her right ventricle. The line of questions is about all filters that Bard has developed, manufactured and sold. See 92:3-92:13 | **OVERRULED** |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 204:09-204:23 begin at Mr. Randall | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407 and OVERRULED as to all other objections. |
| Randall, Mike 02/02/2017 | 205:15-205:25 begin at And what | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** |
| Randall, Mike 02/02/2017 | 206:13-206:23 begin at This Idea | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew | **RESERVE** |

| | | | | |
|---|---|---|---|---|
| | | knowledge of the document. See 205: 2-3 | there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | |
| Randall, Mike 02/02/2017 | 207:07-207:08 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 207:10-207:11 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 207:16-207:24 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what | SUSTAIN as to 207:16-207:24. **RESERVE** as to 407, and OVERRULE as to all other objections |

| | | | | |
|---|---|---|---|---|
| | | | this document was at 205:15-205:25. | |
| Randall, Mike 02/02/2017 | 209:17-210:25 begin at the complications | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN as to 210:22-210:25, **RESERVE** as to 407, and OVERRULE as to all other objections |
| Randall, Mike 02/02/2017 | 211:17-212:07 begin at So you're | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 212:11-212:17 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |

22

| Randall, Mike 02/02/2017 | 215:17-215:24 begin at But my point | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| --- | --- | --- | --- | --- |
| Randall, Mike 02/02/2017 | 216:02-216:04 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 216:06-216:10 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 217:03-217:08 begin at So at the time | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also | **RESERVE** as to 407, otherwise OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | witness has personal knowledge of the document. See 205: 2-3 | shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | |
| Randall, Mike 02/02/2017 | 219:11-219:24 begin at I want to | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 220:18-220:21 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 220:23-220:25 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what | **RESERVE** as to 407, otherwise OVERRULED |

| | | | this document was at 205:15-205:25. | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 221:10-221:12 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 225:24-226:08 begin at But if it's | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | OVERRULED |
| Randall, Mike 02/02/2017 | 227:17-227:20 begin at and that is | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | OVERRULED |

| Randall, Mike 02/02/2017 | 227:22-227:24 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | OVERRULED |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 228:07-228:25 begin at The next | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 229:02-229:03 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 230:23-231:15 Starting at page | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also | SUSTAIN |

| | | | | |
|---|---|---|---|---|
| | | witness has personal knowledge of the document. See 205: 2-3 | shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | |
| Randall, Mike 02/02/2017 | 232:03-232:10 begin at The next paragraph | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 233:14-234:01 begin at It says | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 234:03-234:04 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what | SUSTAIN |

| | | | this document was at 205:15-205:25. | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 235:20-235:23 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 235:25-236:01 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 236:17-236:25 begin at We will | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 237:10-237:15 begin at But in | Rule 401, 402 and 403. Does not involve the filter and/or failure modes at issue in this case. This case does not involve the Eclipse Filter. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 239:08-239:10 Starting at "And" | | | |
| Randall, Mike 02/02/2017 | 239:12-239:13 Ending at "know." | | | |
| Randall, Mike 02/02/2017 | 240:05-240:14 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | SUSTAIN |
| Randall, Mike 02/02/2017 | 242:12-242:25 | | | |
| Randall, Mike 02/02/2017 | 243:02 | | | |
| Randall, Mike 02/02/2017 | 244:15-244:25 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 245:15-245:21 end at Correct | | | |
| Randall, Mike 02/02/2017 | 246:09-246:20 | | | |
| Randall, Mike 02/02/2017 | 247:02-247:05 begin at So the idea | | | |
| Randall, Mike 02/02/2017 | 247:17-247:21 begin at In terms of | | | |
| Randall, Mike 02/02/2017 | 248:19-248:22 begin at Penetration | | | |
| Randall, Mike 02/02/2017 | 249:23-250:25 | Rule 901- Counsel is testifying. | FRE 611 - The attorney is asking leading questions of an employee of an adverse party. | OVERRULED |
| Randall, Mike 02/02/2017 | 251:24-252:03 | | | |
| Randall, Mike 02/02/2017 | 252:05-252:13 | | | |
| Randall, Mike 02/02/2017 | 260:25-261:01 | | | |
| Randall, Mike 02/02/2017 | 261:03-261:10 | | | |
| Randall, Mike 02/02/2017 | 261:12-261:18 | | | |

| Randall, Mike 02/02/2017 | 261:20-261:22 | Counters at 262 are necessary for completeness and to explain the document. | FRCP 32(6) and FRE 106 only requires completeness that "in fairness ought to be considered at the same time". The testimony designated by Bard is for an entirely new line of questioning and fairness does not require it be considered contemporaneously with the testimony offered by Plaintiff. The testimony can be played as cross. | MOOT (counters have been included) |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 266:04-266:07 | No question is being asked. Counsel is reading the document and asking the witness to confirm that she read it correctly. | FRE 611 - The attorney is asking leading questions of an employee of an adverse party. The question a foundational and establish a timeline for the development of the Meridian filter. | OVERRULED |
| Randall, Mike 02/02/2017 | 267:02-267:06 Starting at "So" | | | |
| Randall, Mike 02/02/2017 | 267:08-267:14 | | | |
| Randall, Mike 02/02/2017 | 268:17-269:02 Starting at "the bottom" | | | |
| Randall, Mike 02/02/2017 | 269:04-269:08 | | | |
| Randall, Mike 02/02/2017 | 269:19-269:23 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her | **RESERVE** as to 407, otherwise OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | no indication that the witness has personal knowledge of the document. See 205: 2-3 | Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | |
| Randall, Mike 02/02/2017 | 269:25-270:01 | Rule 401, 402 and 403 and 407 This is about the Denali filter - a subsequent generation. Also Rule 601/602 and 612 - there is no indication that the witness has personal knowledge of the document. See 205: 2-3 | The testimony shows that Bard knew ways to improve their filter long before Ms. Johnson was implanted with her Meridian filter. Also shows that Bard knew there was issue with their current line of filters. The witness explained exactly what this document was at 205:15-205:25. | **RESERVE** as to 407, otherwise OVERRULED |
| Randall, Mike 02/02/2017 | 275:04-275:09 | | | |
| Randall, Mike 02/02/2017 | 275:15-275:19 | | | |
| Randall, Mike 02/02/2017 | 292:20-292:22 | | | |
| Randall, Mike 02/02/2017 | 293:07-293:12 Starting at "Were" | | | |
| Randall, Mike 02/02/2017 | 293:18-293:25 Starting at "I think" | | | |
| Randall, Mike 02/02/2017 | 294:13-295:03 begin at If you look | Rule 401, 402 and 403 - As trial in this case is bifurcated, Bard's revenue | Testimony explains why Bard kept a defective prodcut on the market when they knew it was defective | OVERRULED |

| | | is not at issue during this phase of trial. | and they knew how to address some of the defects. | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 296:05-296:17 begin at If Bard did | Rule 401, 402 and 403 - As trial in this case is bifurcated, Bard's revenue is not at issue during this phase of trial. | Testimony explains why Bard kept a defective prodcut on the market when they knew it was defective and they knew how to address some of the defects. | OVERRULED |
| Randall, Mike 02/02/2017 | 297:18-297:24 | Rule 401, 402 and 403 - As trial in this case is bifurcated, Bard's revenue is not at issue during this phase of trial. | Testimony explains why Bard kept a defective prodcut on the market when they knew it was defective and they knew how to address some of the defects. | OVERRULED |

| DEPON-ENT | DEF COUNTER | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 73:14-74:04 | | | |
| Randall, Mike 02/02/2017 | 87:01-87:02 | | | |
| Randall, Mike 02/02/2017 | 87:04-87:06 | | | |
| Randall, Mike 02/02/2017 | 87:11-88:02 | | | |
| Randall, Mike 02/02/2017 | 95:12-95:16 (starting at "So") | | | |

| Randall, Mike 02/02/2017 | 95:18-95:19 | | | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 96:04 ("I believe hypothetically") | | | |
| Randall, Mike 02/02/2017 | 115:24-116:03 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 116:05-116:20 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 205:02-205:03 Subject to objection | Answer without a question | This designation provides necessary context that the document upon which Plaintiff's counsel's questions are based is an initial draft document, not a final document. | OVERRULED |
| Randall, Mike 02/02/2017 | 206:24-207:02 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 225:08-225:11 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 225:13-225:23 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 226:11-226:14 Subject to objection | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 226:16-226:18<br><br>Subject to objection | | | |
| Randall, Mike 02/02/2017 | 239:13-239:14 (starting at "That's") (ending at "ago") | | | |
| Randall, Mike 02/02/2017 | 241:15-241:17 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 241:19-242:05 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 243:19-244:01 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 262:02-262:04 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 262:07-262:17 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 262:23-263:05 Subject to objection | | | |
| Randall, Mike 02/02/2017 | 267:17-267:21 | | | |
| Randall, Mike 02/02/2017 | 267:23-268:02 | | | |
| Randall, Mike 02/02/2017 | 275:20-275:22 | Speculation, lack of foundation, hearsay | Witness is designated as Bard's corporate representative for this deposition. It is not | OVERRULED |

| | | | speculation for Bard's corporate representative to testify about primary business goals. Nothing in this question identifies any purported out of court statement that could be considered hearsay. | |
|---|---|---|---|---|
| Randall, Mike 02/02/2017 | 275:24-276:19 | Speculation, lack of foundation, hearsay | Witness is designated as Bard's corporate representative for this deposition. It is not speculation for Bard's corporate representative to testify about primary business goals and customer reactions to product change. Statements regarding customer preferences are not offered to prove the truth of the matters asserted. | OVERRULED |

## October 13, 2018, Trial Testimony:

| DEPON-ENT | DEF AFFIRM | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | | Plaintiff Objects to the use of formal trial testimony of Mike Randall under FRE 801(c) and FRE 804. Plaintiff was not a party to the Hyde case and was not represented at the time the testimony was obtained. The Hyde plaintiff's were not Mrs. Johnson Predecessor in interest. The depositions taken in the course of the MDL were for the purpose of developing | Bard is prepared to address Mr. Randall's unavailability at trial and why Plaintiff's interests were adequately represented when the testimony was given before presenting it at trial.  As to Plaintiff's claim that the filter in Hyde was not a Meridian, almost all of Plaintiff's designations relate to filters other | **RESERVE** as to availability and counter-designations from earlier depositions |

| | | | | |
|---|---|---|---|---|
| | | testimony for common benefit. Individual trial testimony ws for the benit of the parties involved not all Plaintiff's in the MDL. The Hyde case did not involve a Meridian filter and so not testimony related to that filter was developed at the trial. | than the Meridian. During the pretrial conference Plaintiff made it clear that she intends to offer substantial testimony about the prior filters that were on the market before the Meridian. Mr. Randall's testimony is relevant to put those designations in context, explain the design changes leading up to the Meridian and to refute Plaintiff's claims. | |
| Randall, Mike 10/03/2018 | 2716:03-2721:22 | 2716:14-2716:118: 403 2717:13-2717:24 - Relevance 2719:10-2720:12 - Lack of foundation. The foundation for this witness to testify to such matter has not been established. Mr. Randall is not a bio-medical engineer, he is not a medical doctor, he has offered no testimony regarding training or specialized knowledge in anatomy, physiology, hemodynamic, or fluid dynamics. | This is all information about the witness' work and education history and involvement with IVC filters. The objection was not raised at the time of the testimony. | SUSTAIN as to 2717:17-:24, and 2718:7-2719:9, otherwise OVERRULED |
| Randall, Mike 10/03/2018 | 2722:22-2723:08 | | | |
| Randall, Mike 10/03/2018 | 2723:22-2724:12 | | | |

| Randall, Mike 10/03/2018 | 2724:19–2725:19 | 2725:8-2725:19 Lack of foundation. The foundation for this witness to testify to such matter has not been established. Mr. Randall is not a bio-medical engineer, he is not a medical doctor, he has offer no testimony regarding regarding training or specialized knowledge in anatomy, physiology, hemodynamic, or fluid dynamics. Additionally, Mr. Randall has not demonstrated that he is qualified to opine on filters from other manufacturers. Not properly disclosed and Plaintiff did not have proper notice that this witness would discuss filters from other manufacturers. | The witness is explaining a document he used, understood and relied on during his work at Bard on IVC filters. The objection was not made at the time of the testimony. Plaintiff's counsel was present at the time of the testimony and conducted the cross examination. Plaintiff's counsel was present at the time of the testimony and conducted the cross examination. | OVERRULED |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2726:13–2726:17 starting at "This is the G2 type and ending at "inverted cone." | 2726:16-2726:17 - Mr. Randall has not demonstrated that he is qualified to opine of filter from other manufacturers. Not properly disclosed and Plaintiff did not have proper notice that this witness would discuss filters from other manufacturers. | He is simply explaining the shapes of filters that he has reviewed and examined during his career at Bard. Plaintiff's counsel was present at the time of the testimony and conducted the cross examination. | RESERVE |
| Randall, Mike 10/03/2018 | 2726:20–2727:14 | 2725:8-2725:19 Lack of foundation. The foundation for this witness to testify to such matter has not been established. Mr. Randall is not a bio-medical engineer, he is not a medical doctor, he has offer no testimony regarding regarding training or specialized knowledge in anatomy, physiology, hemodynamic, or fluid dynamics. Additionally, Mr. | Again, Mr. Randall is explaining information he knows, leanred while working on IVC filters and used during the course of his employment. Plaintiff's counsel was present at the time of the testimony and conducted the cross examination. No objection was made | RESERVE |

| | | | | |
|---|---|---|---|---|
| | | Randall has not demonstrated that he is qualified to opine on filters from other manufacturers. Not properly disclosed and Plaintiff did not have proper notice that this witness would discuss filters from other manufacturers. | at the time of the testimony. | |
| Randall, Mike 10/03/2018 | 2727:16-2729:05 | 2727:16-2728:23 - Lack of foundation. The foundation for this witness to testify to such matter has not been established. Mr. Randall is not a bio-medical engineer, he is not a medical doctor, he has offer no testimony regarding regarding training or specialized knowledge in anatomy, physiology, hemodynamic, or fluid dynamics. Additionally, Mr. Randall has not demonstrated that he is qualified to opine on filters from other manufacturers. Not properly disclosed and Plaintiff did not have proper notice that this witness would discuss filters from other manufacturers. | Again, Mr. Randall is explaining information he knows, leanred while working on IVC filters and used during the course of his employment. Plaintiff's counsel was present at the time of the testimony and conducted the cross examination. No objection was made at the time of the testimony. | **RESERVE** |
| Randall, Mike 10/03/2018 | 2729:06–2929:19 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2729:20–2730:01 starting with "would you" | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2730:13– 2731:12 starting with "based on the" | | | |
| Randall, Mike 10/03/2018 | 2731:15 starting with "can you turn" | | | |
| Randall, Mike 10/03/2018 | 2731:18- 2732:07 | 2731:21-2732:2 - Relevance | This is relevant the balancing test for design defect. | OVERRULED |
| Randall, Mike 10/03/2018 | 2732:08– 2732:11 starting with "are you aware" | FRE 106 - adding "As of today, in October of 2018" | | SUSTAIN, add "As of today, in October of 2018" (the full line 2732:8). |
| Randall, Mike 10/03/2018 | 2732:12- 2732:15 starting with "are you aware" | FRE 106 - adding "As of today, in October of 2018" | | SUSTAIN, add "As of today, October of 2018" (the full line 2732:12). |
| Randall, Mike 10/03/2018 | 2732:16– 2732:18 starting with "are you aware" | FRE 106 - adding "As of October 2018" | | SUSTAIN, add "My same question:  As of October 2018" (the full line 2732:16). |
| Randall, Mike 10/03/2018 | 2832:19– 2832:21 starting with "are you aware" | | | |
| Randall, Mike 10/03/2018 | 2733:05- 2733:07 | | | |

40

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2733:25-2735:12 | 2735:5-2735:12 - Relevance | Relevant to show the nature of the test, that the animals move and are not static. Movement impacts the activit of the inferior vena cava. | OVERRULED |
| Randall, Mike 10/03/2018 | 2735:13–2736:02 starting with "would you" | | | |
| Randall, Mike 10/03/2018 | 2736:13 stopping at "page" | | | |
| Randall, Mike 10/03/2018 | 2736:15–2736:17 stopping at "page" | | | |
| Randall, Mike 10/03/2018 | 2736:18–2738:09 | | | |
| Randall, Mike 10/03/2018 | 2738:10–2738:23 starting with "would" | | | |
| Randall, Mike 10/03/2018 | 2739:06 | | | |
| Randall, Mike 10/03/2018 | 2739:09–2739:11 | | | |
| Randall, Mike 10/03/2018 | 2739:12–2740:01 starting with 'can you" | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2740:02-2741:11 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2741:12-2741:24 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2742:15-2742:17 | | | |
| Randall, Mike 10/03/2018 | 2742:23–2743:01 | | | |
| Randall, Mike 10/03/2018 | 2743:08-2744:16 | | | |
| Randall, Mike 10/03/2018 | 2744:18–2746:06 | | | |
| Randall, Mike 10/03/2018 | 2746:14–2747:05 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2747:10–2747:18 | | | |
| Randall, Mike 10/03/2018 | 2747:19–2748:01 starting with "would you" | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2748:13– 2753:01 | 2748:20-2752: - Relevance. The two products discussed were never put on the market by Bard. | This is relevant the balancing test for design defect, and the ability to create an alternative design. | OVERRULED |
| Randall, Mike 10/03/2018 | 2753:05- 2753:06 | | | |
| Randall, Mike 10/03/2018 | 2753:07– 2753:24 starting with "would you" | | | |
| Randall, Mike 10/03/2018 | 2754:05 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2754:11– 2755:11 | | | |
| Randall, Mike 10/03/2018 | 2755:12– 2755:23 starting with "can we" | | | |
| Randall, Mike 10/03/2018 | 2756:02– 2756:11 | | | |
| Randall, Mike 10/03/2018 | 2756:13– 2757:01 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2757:10– 2758:13 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2758:14– 2759:05 starting with 'Could we" | | | |
| Randall, Mike 10/03/2018 | 2759:07– 2759:16 starting with "can you" | | | |
| Randall, Mike 10/03/2018 | 2759:25– 2760:02 | | | |
| Randall, Mike 10/03/2018 | 2760:03– 2760:17 starting with "could you" | | | |
| Randall, Mike 10/03/2018 | 2760:18– 2761:06 starting with "can you" | | | |
| Randall, Mike 10/03/2018 | 2761:14– 2762:10 starting with "If we could" | | | |
| Randall, Mike 10/03/2018 | 2762:17- 2766:02 | | | |
| Randall, Mike 10/03/2018 | 2766:07- 2767:02 | 2766:3-3766:12 - Relevance. Testimony about another Plaintiff is confusing. 2766:17-2766:24 - Foundation. The foundation for this witness to testify to such matter has not been | 2766:03-2766:06 WITHDRAWN | MOOT in part (2766:03- 2766:06 is to be excluded), otherwise OVERRULED |

| | | | | |
|---|---|---|---|---|
| | | established. Mr. Randall is not a bio-medical engineer, he is not a medical doctor, he has offer no testimony regarding regarding training or specialized knowledge in anatomy, physiology, hemodynamic, or fluid dynamics. 2766:25-2767:2- Relevance. Defendants are trying to suggest that they are a responsible company by abandoning projects after | | |
| Randall, Mike 10/03/2018 | 2793:23–2794:05 | | | |
| Randall, Mike 10/03/2018 | 2796:05–2796:12 | | | |
| | | | | |
| **DEPON-ENT** | **PL COUNTERS** | **DEF OBJECTIONS** | **PL RESPONSE TO OBJECTIONS** | **COURT RULING** |
| Randall, Mike 10/03/2018 | 2767:19-2768:07 | | | |
| Randall, Mike 10/03/2018 | 2768:14-2769:18 Starting at As you | | | |
| Randall, Mike 10/03/2018 | 2769:24 Stopping at 2010 | | | |
| Randall, Mike 10/03/2018 | 2770:12-2770:15 Starting at But as | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2770:21-2771:01 | | | |
| Randall, Mike 10/03/2018 | 2771:06-2771:12 | | | |
| Randall, Mike 10/03/2018 | 2771:18-2771:24 | | | |
| Randall, Mike 10/03/2018 | 2772:09-2772:11 | | | |
| Randall, Mike 10/03/2018 | 2772:21-2773:23 | | | |
| Randall, Mike 10/03/2018 | 2774:15-2775:22 | | | |
| Randall, Mike 10/03/2018 | 2775:25-2776:03 | | | |
| Randall, Mike 10/03/2018 | 2776:08-2776:11 | | | |
| Randall, Mike 10/03/2018 | 2779:03-2779:05 | | | |
| Randall, Mike 10/03/2018 | 2781:06-2781:21 | | | |
| Randall, Mike 10/03/2018 | 2781:25-2782:06 | | | |

| | | | | |
|---|---|---|---|---|
| Randall, Mike 10/03/2018 | 2782:12-2782:15 | | | |
| Randall, Mike 10/03/2018 | 2782:16-2782:21 | Starting with an answer to a question that was not designated. | Plaintiff will add the question at 2782:12-2782:15 | MOOT |
| Randall, Mike 10/03/2018 | 2783:02-2783:18 | | | |
| Randall, Mike 10/03/2018 | 2784:02-2784:08 | | | |
| Randall, Mike 10/03/2018 | 2784:15-2784:25 Starting at We just | | | |
| Randall, Mike 10/03/2018 | 2785:12-2786:25 | | | |
| Randall, Mike 10/03/2018 | 2789:08-2789:19 | | | |
| Randall, Mike 10/03/2018 | 2789:23-2790:17 | | | |
| Randall, Mike 10/03/2018 | 2790:23-2791:10 | | | |
| Randall, Mike 10/03/2018 | 2792:07-2792:10 | | | |
| Randall, Mike 10/03/2018 | 2792:15-2792:19 Starting with But Bard | | | |

| DEPON-ENT | DEF COUNTERS TO COUNTERS | PL OBJECTIONS | DEF RESPONSE TO OBJECTIONS | COURT RULING |
|---|---|---|---|---|
| | | Unless specifically stated otherwise for purposes of optional completeness, Plaintiff is not agreeing to insert any of the Defendants' counter designations into her presentation of the witness' testimony. The lack of specific objection simply means the laintiff doe snot object to theDefendants offer of that testimonmy as as cross/counter offer. | | **RESERVE** as to duplication |
| Randall, Mike 10/03/2018 | 2776:04-2776:07 | | | |
| Randall, Mike 10/03/2018 | 2779:06-2779:16 | | | |
| Randall, Mike 10/03/2018 | 2789:02-2789:07 | | | |
| Randall, Mike 10/03/2018 | 2791:11-2791:13 | | | |
| Randall, Mike 10/03/2018 | 2793:07-2973:09 | | | |
| Randall, Mike 10/03/2018 | 2797:13-2798:15 | FRCPE 26(2)(B) and FRE 702 - The witness is offering expert testimony and he has not been properly designated as retained | | OVERRULED |

| | | expert and has not provide an expert report. | | |
|---|---|---|---|---|
| | | | | |

Accordingly, IT IS ORDERED that the parties' request for rulings on objections to certain designations is GRANTED, and the objections are sustained in part and overruled in part as provided above.

Entered this 6th day of June, 2021.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge