IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE JOHNSON,

          Plaintiff,

v.

C.R. BARD INC. and
BARD PERIPHERAL VASCULAR INC.,

          Defendants.

SPECIAL VERDICT - DAMAGES

19-cv-760-wmc

We, the jury, for our special verdict, do find as follows:

## COMPENSATORY DAMAGES

QUESTION NO. 1: What amount of money do you find will reasonably compensate Ms. Johnson for her injuries?

$ __3,300,000.00__

*If you answered Question No. 1 with an amount greater than $0, proceed to Question No. 2. If you answered Question No. 1 "$0," go to the end of the verdict form and sign and date it.*

## PUNITIVE DAMAGES

QUESTION NO. 2: Do you find by clear, satisfactory, and convincing evidence, to a reasonable degree of certainty, that punitive damages should be awarded against Bard?

          ANSWER: Yes _____   No __X__

*[Special Verdict - Damage continues on next page]*

1

*If you answered Question No. 2 "Yes," proceed to Question No. 3. If you answered Question No. 2 "No," go to the end of the verdict form and sign and date it.*

**QUESTION NO. 3:** If you found Bard liable to Ms. Johnson for punitive damages, what amount of punitive damages do you award?

$ _____

_____
Presiding Juror

Madison, Wisconsin

Dated this __17__ day of __6__, 2021.

3,300,000.00