IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATALIE JOHNSON,

    Plaintiff,

v.

Case No. 19-cv-760-wmc

C. R. BARD, INC. and
BARD PERIPHERAL VASCULAR, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Natalie Johnson against defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the amount of $3,300,000 on plaintiff's claim of strict product liability failure to warn.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. against plaintiff Natalie Johnson on plaintiff's claims of strict product liability design defect, negligent design defect, negligent failure to warn, and negligence *per se*.

Approved as to form this 23rd day of June, 2021.

_____
William M. Conley
District Judge

_____　　　　6/23/21
Peter Oppeneer　　　　　　　　　　　Date
Clerk of Court