

MARTIN | BAUGHMAN

3141 Hood Street
Suite 600
Dallas, Texas 75219

O  214.761.6614
F  214.744.7590

martinbaughman.com

August 12, 2022

*via CM/ECF*

Hon. Judge William M. Conley
United States District Judge
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

      RE:    ***Natalie Johnson v. C.R. Bard Incorporated, et al.***
             Case No. 3:19-cv-00760-WMC

Dear Judge William M. Conley,

     I write to inquire as to the status of the above-referenced cause of action.  Judgment has been entered in this matter and the following Post-Judgment Motions are pending.

     For your convenience, I provide the following chronology of events:

| ECF Doc. No. | Document | Date Filed |
|:---:|:---|:---:|
| 339 | Judgment in a Civil Case | 06/23/21 |
| 357 | Defendants' Rule 50(b) and Rule 59 Motions for Judgment as Matter of Law and New Trial and Memorandum in Support | 07/21/21 |
| 359 | Plaintiff's Response to Defendants' Rule 50(b) and Rule 59 Motions for Judgment as a Matter of Law and New Trial | 08/11/21 |
| 362 | Defendants' Reply in Support of Rule 50(b) and Rule 59 Motions for Judgment as Matter of Law and New Trial | 08/23/21 |
| 365 | Plaintiff's Legal Memorandum in Support of Bill of Costs | 09/22/21 |
| 368 | Defendants' Objections and Responses to Plaintiff's Bill of Costs | 10/12/21 |

     Is there any additional information the Parties can provide to assist the Court with the resolution of these motions?

Hon. Judge William M. Conley
August 12, 2022
Page 2 of 2

Very truly yours,

Thomas Wm. Arbon, Esq.
**MARTIN|BAUGHMAN, PLLC**

TWA/hl


cc:      *<u>via CM/ECF and E-Mail</u>*

Catherine A. Faught, Esq.
Catherine Helm, Esq.
Mathew B. Lerner, Esq.
Mark R. Nash, Esq.
Richard B. North , Jr.
Christopher Shaun Polston, Esq.
James F. Rogers, Esq.
Ben C. Martin, Esq.
Joseph R. Johnson, Esq.
Jay Joseph Joy, Esq.