# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 11, 2023

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*

| No. 22-2610 | NATALIE JOHNSON,<br>  Plaintiff - Appellee<br>v.<br>C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INCORPORATED,<br>  Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-00760-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

We **AFFIRM** the district court's denial of defendants' motion for a new trial, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)